William M. Cox v. Aberdeen and Asheboro Railroad Co. (appellant), from Randolph. Per Curiam, November 11. Affirmed. Elijah Moffitt and Morehead & Sapp for plaintiff; J. T. Brittain, J. A. Spence, U. L. Spence and Adams, Jerome & Armfield for defendant.

Arthur L. Kirby, by next friend (appellant), v. The Grabbs Mfg. Co., from Forsyth. Per Curiam, November 17. Affirmed. Watson, Buxton & Watson for plaintiff; Lindsay Patterson and Manly & Hendren for defendant.

Georgia Mfg. Co. (appellant) v. O. W. Kerner et al., from Forsyth. Per Curiam, November 17. Affirmed. L. M. Swink for plaintiff; Watson, Buxton & Watson for defendant.

W. L. Douglas Shoe Co. v. Russell L. Vaughan et al. (appellants), from Forsyth. Per Curiam, November 17. Affirmed. A. H. Eller for plaintiff; L. M. Swink for defendants.

State v. E. C. Blackman (appellant), from Mecklenburg. Per Curiam, November 24. Affirmed. Attorney-General and G. L. Jones for the State; Jake F. Newell for defendant.

R. F. Fowler v. Southern Railway Co. (appellant), from Cabarrus. Per Curiam, December 8. Affirmed. Montgomery & Crowell for plaintiff; L. C. Caldwell and L. T. Hartsell for defendant.

William D. Hollingsworth (appellant) v. The Chadwick-Hoskins Co., from Mecklenburg. Per Curiam, December 15. Affirmed. J. D. McCall and B. Nixon for plaintiff; Tillett & Guthrie for defendant.

State v. Calvin Pitts (appellant), from Catawba. Per Curiam, December 8. Affirmed on authority of State v. Railway, 142 N. C., 596. Attorney-General and G. L. Jones for the State; W. A. Self, C. W. Bagby and A. A. Whitener for defendant.

B. F. Noblett et al. (appellants) v. James Noblett, from Rutherford. Per Curiam, December 15. Affirmed. D. F. Morrow for plaintiff.

J. C. Hudson, Admr. (appellant), v. Southern Railway Co., from Burke. Per Curiam, December 15. Affirmed. J. M. Mull, J. T. Perkins and Avery & Ervin for plaintiff; S. J. Ervin for defendant.

L. B. Crawford, Admr., v. Southern Railway Co. (appellant), from McDowell. Per Curiam, December 15. Affirmed. Hudg-

ins, Watson & Johnston and Pless & Winborne for plaintiff; S. J. Ervin for defendant.

Clarissa L. Lowery v. The South and Western Railroad Co. et al., from McDowell. Per Curiam, December 15. Affirmed on authority of Kimberly v. Howard, 143 N. C., 398. Avery & Avery and W. T. Morgan for plaintiff; Hudgins, Watson & Johnston for defendant.

Charles E. Merrill v. Southern Railway Co. et al. (appellants), from Buncombe. Per Curiam, December 23. Reversed. Clark, C. J., did not sit. Locke Craig, J. H. Merrimon and J. G. Merrimon for plaintiff; W. B. Rodman and Moore & Rollins for defendants.

M. E. Cozard et al. v. Henry M. McAden et al. (appellants), from Graham. Per Curiam, December 23. The Court being evenly divided in opinion (Hoke, J., not sitting; Clark, C. J., and Manning, J., voting to affirm; Walker and Brown, JJ., voting to reverse), the judgment below stands affirmed. Zebulon Weaver, J. D. Murphy, F. L. Johnson and T. A. Morphew for plaintiffs; Dillard & Bell and Merrick & Barnard for defendants.